UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LABOY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of the Social<br>Security Administration,<br><br>  Defendant. | Case No. CV 06-4627-JSL (JCR)<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. 636(b)(1)(C), the Court has reviewed the Complaint, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed within the time allowed. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered remanding the matter to the Commissioner of Social Security Administration for further administrative

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration. Thus, Michael J. Astrue is substituted for Commissioner Jo Anne B. Barnhart pursuant to Federal Rule of Civil Procedure 25(d).

proceedings.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on the parties.

DATED: 4/30/08

*/s/ Spencer Letts*

J. SPENCER LETTS
Senior United States District Judge