JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LABOY,<br><br>                    Plaintiff,<br><br>            v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of the Social<br>Security Administration,<br><br>                    Defendant. | Case No. CV 06-4627-JSL (JCR)<br><br>JUDGMENT |

        Pursuant to the Order of the Court adopting the conclusions and
recommendations of the United States Magistrate Judge,

        IT IS ADJUDGED that the matter is remanded to the Commissioner of the
Social Security Administration for further administrative proceedings.

DATED: 4/30/08

_____
J. SPENCER LETTS
Senior United States District Judge

_____

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the
Social Security Administration.  Thus, Michael J. Astrue is substituted for
Commissioner Jo Anne B. Barnhart pursuant to Federal Rule of Civil Procedure
25(d).